Ex parte Patrick J. STOLMEIER.

No. C–6711.

Supreme Court of Texas.

Oct. 7, 1987.

Order of this court of September 16, 1987 granting the petition for habeas corpus is withdrawn; the petition of habeas corpus is denied and relator is remanded to the Sheriff of Bexar County.